UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **T3 MICRO, INC.,** ) | |
| ) | **Civil Action No. 1:17-cv-08025** |
| **Plaintiffs,** ) | **Hon. Sharon Johnson Coleman** |
| ) | |
| v. ) | |
| ) | |
| **T3 HAIR SALON & SPA, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff T3 Micro, Inc. ("Plaintiff" or "T3 Micro") and Defendant T3 Hair Salon & Spa, Inc. ("Defendant" or "T3 Hair Salon & Spa"), by and through their respective undersigned counsel, hereby jointly stipulate the following:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff dismisses all respective claims in this action as the parties have reached a settlement.

2. Each of the Plaintiff and Defendant shall bear its own attorneys' fees and costs related this action.

33572694

TROUTMAN SANDERS LLP

s/ Robert E. Browne, Jr.
Robert E. Browne. Jr. (No. 6255678)
TROUTMAN SANDERS LLP
One North Wacker Dr.
Suite 2905
Chicago, IL 60606
robert.browne@troutman.com

*Attorney for Plaintiff T3 Micro, Inc.*

Roth Fioretti LLC

s/ Kenneth Hurst
Ken Hurst
Mark D. Roth
311 S. Wacker Drive
Suite 2470
Chicago, IL 60606
PH: (312 922-6262
ken@rothfioretti.com

*Attorneys for Defendant T3 Hair Salon and Spa, Inc.*

2

Date: January 26, 2018

/s/ Robert E. Browne, Jr.
Robert E. Browne, Jr. (#6255678)
Troutman Sanders LLP
One North Wacker
 Suite 2905
Chicago, Illinois 60606
312-759-1920
robert.browne@troutmansanders.com

*Attorneys for Plaintiff T3 Micro, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on this 26th day of January, 2018, the foregoing *Joint Stipulation of Dismissal* was served upon all counsel of record via the Court's electronic case filing system pursuant to Local Rule 5.9, and is available for viewing and downloading on the Northern District's PACER system.

*/s/* Robert E. Browne, Jr.
Robert E. Browne, Jr.

33572694