UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

T3 Micro, Inc.
        Plaintiff,

v.               Case No.: 1:17−cv−08025
              Honorable Sharon Johnson Coleman

T3 Hair Salon & Spa, Inc.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 29, 2018:

   MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff dismisses all respective claims in this action as the parties have reached a settlement. Each party to bear its own attorneys' fees and costs. Civil case terminated. All pending deadlines and hearing dates are stricken. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.